**Electronically Filed
Supreme Court
SCWC-18-0000099
27-SEP-2024
02:14 PM
Dkt. 59 ODMR**

SCWC-18-0000099 AND SCWC-18-0000712

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

WILMINGTON SAVINGS FUND SOCIETY, FSB,
DOING BUSINESS AS CHRISTINA TRUST,
NOT IN ITS INDIVIDUAL CAPACITY,
BUT SOLELY AS TRUSTEE FOR BCAT 2015-14BTT,
Respondent/Plaintiff-Appellee,
vs.
ISABELO PACPACO DOMINGO and MICHELE ELANOR DOMINGO,
Petitioners/Defendants-Appellants,
and
BANK OF AMERICA, N.A. and HALEWILI PLACE COMMUNITY ASSOCIATION,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000099; CAAP-18-0000712; CIV. NO. 13-1-202K)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
and Circuit Judge Remigio, in place of Ginoza, J., recused, and
Circuit Judge Souza, in place of Devens, J., recused)

Upon consideration of Petitioners/Defendants-Appellants
Isabelo Pacpaco Domingo and Michele Elanor Domingo's motion for
reconsideration ("motion"), filed September 20, 2024; the
declaration and exhibit attached thereto; and the record herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai‘i, September 27, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Catherine H. Remigio

/s/ Kevin A.K. Souza

